No. 81–118.   KEMLON PRODUCTS & DEVELOPMENT CO. ET AL. *v.* UNITED STATES ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 81–121.   REED ET AL. *v.* GRISSOM.   C. A. 4th Cir. Certiorari denied.

No. 81–123.   WINTERS *v.* BECK.   App. Div., Sup. Ct. N. Y., 2d Jud. Dept.   Certiorari denied.

No. 81–124.   HILL *v.* HILL.   Ct. App. La., 4th Cir.   Certiorari denied.

No. 81–126.   MARSHALL FIELD & CO. *v.* PASKULY. C. A. 7th Cir.   Certiorari denied.

No. 81–127.   GETZ *v.* UNITED STATES ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 81–132.   UNITED ELECTRIC CORP. *v.* UNITED STATES.   Ct. Cl.   Certiorari denied.

No. 81–133.   WISE *v.* MARYLAND.   Ct. Sp. App. Md. Certiorari denied.

No. 81–135.   ARKANSAS *v.* PRUE ET AL.   Sup. Ct. Ark. Certiorari denied.

No. 81–136.   MORALES *v.* WASHINGTON.   Ct. App. Wash. Certiorari denied.

No. 81–138.   CHANDLER UNIFIED SCHOOL DISTRICT ET AL. *v.* COLLINS.   C. A. 9th Cir.   Certiorari denied.